ERIC GRANT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Tel: (559) 497-4021

Attorneys for the Natural Resources Conservation Service

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>GLIDE IN RANCH, et al.,<br><br>Defendants. | CASE NO. ____________________<br><br>**NOTICE OF REMOVAL** |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the above-captioned action is hereby removed from Yolo County Superior Court to this Court. The grounds for removal are as follows:

1. On or about October 13, 2022, Plaintiff State of California filed an eminent domain suit against numerous parties, including the U.S. Fish and Wildlife Service (USFWS), in a case captioned *State of California v. Glide In Ranch, et al.*, Yolo Superior Court Case No. CV2022-1776. USFWS was voluntarily dismissed on January 30, 2023. On June 9, 2023, Plaintiff filed a First Amended Complaint but noted that USFWS had previously been dismissed. On March 20, 2026, Plaintiff amended the First Amended Complaint to substitute the federal agency Natural Resources Conservation Service (NRCS) for defendant DOE 1. A copy of the First Amended Complaint, the Amendment substituting the NRCS for a John Doe party, and the docket are attached hereto as Exhibit A.

2. The above-captioned action must be removed pursuant to 28 U.S.C. § 1442(a)(1) because

Defendant NRCS is an agency of the United States.

3. This Court has jurisdiction over civil actions against an agency of the United States. 28 U.S.C. § 1442(a)(1).

4. Removal is timely under 28 U.S.C. § 1442(a)(1) because the action is currently pending in a state court in Yolo County Superior Court Case No. CV2022-1776, and the United States has not yet been served with process. *See* Fed. R. Civ. P. 4(i).

5. A removal bond is not required. 28 U.S.C. § 2408.

WHEREFORE, the above-captioned action pending in Superior Court of the State of California, County of Yolo, Case No. CV2022-1776, is hereby removed to the United States District Court for the Eastern District of California.

Dated: August 14, 2026

ERIC GRANT
United States Attorney

By: */s/ Brodie M. Butland*
BRODIE M. BUTLAND
Assistant United States Attorney

# Exhibit A

ROB BONTA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General
SCOTT H. CAVANAUGH
Deputy Attorney General
State Bar No. 245261
JAMIL R. GHANNAM
Deputy Attorney General
State Bar No. 300730
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7674
Fax: (916) 322-8288
E-mail: Jamil.Ghannam@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through the Department of Water Resources*

ELECTRONICALLY FILED
by Superior Court of CA,
County of Yolo,
on 6/9/2023 2:04 PM
By: A Akanno, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF YOLO

| | |
|---|---|
| **THE STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**GLIDE IN RANCH, A CALIFORNIA CORPORATION, PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA COMPANY, UNITED STATES OF AMERICA, FISH AND WILDLIFE SERVICE; and DOES 1 through 20,**<br><br>Defendants. | Exempt from filing fee (Gov. Code, § 6103.)<br><br>Case No. CV2022-1776<br><br>**FIRST AMENDED COMPLAINT IN EMINENT DOMAIN**<br><br>(Code Civ. Proc., § 1250.310)<br><br>Parcel No. YBSH-132<br>(Assessor's Parcel Nos. 033-180-001, 033-180-002, 033-180-008, 033-180-020, 033-180-023, 033-180-025, 033-180-026)<br><br>Trial Date: TBD<br>Action Filed: October 13, 2022 |

/ / /

/ / /

/ / /

Plaintiff State of California, by and through the Department of Water Resources, (DWR) alleges:

1. The California Water Commission (Commission) is, and at all times mentioned has been, by law vested with authority to exercise in the name of the State of California, and on behalf of DWR, the power of eminent domain for the purpose of acquiring property necessary for the Yolo Bypass Salmonid Habitat Restoration and Fish Passage Project (Project), to enhance floodplain rearing habitat and fish passage in the Yolo Bypass, a public use required for the long-term coordinated operations of the State Water Project and Central Valley Project.

2. The State Water Project and the Central Valley Project are the principal water distribution networks in the state. The Project implements conclusions reached in the 2019 National Marine Fisheries Service Biological Opinion (2019 NMFS BiOp) (Nat. Marine Fisheries Serv., Biological Opinion for the Reinitiation of Consultation on the Long-Term Operation of the Central Valley Project and State Water Project, File Number WCR-2016-00069 (Oct. 21, 2019)).

3. After notice and hearing pursuant to Code of Civil Procedure section 1245.235, at a meeting of the Commission convened on April 20, 2022 in Sacramento, California, in Delphos, Ohio, and virtually by remote videoconference, the Commission, pursuant to Code of Civil Procedure sections 1245.210 through 1245.270 duly and regularly passed and adopted Resolution of Necessity No. 2022-05 declaring that certain real property, or an interest in that property, is necessary to enhance floodplain fish rearing and fish passage purposes. A true and correct copy of the Resolution of Necessity is attached as Exhibit A. It declares certain real property is necessary for the Project, is to be acquired by eminent domain pursuant to Water Code Section 250, 253, 258, 11575 and 11580, and plaintiff is authorized to acquire the property identified as Assessor's Parcel Nos. 033-180-001, 033-180-002, 033-180-008, 033-180-020, 033-180-023, 033-180-025, 033-180-026, 033-180-026, referred to as Parcel No. YBSH-132, in easement for the Project. The Commission has found and determined and in its resolution declared:

a. The public interest and necessity require the proposed public project, namely for state water purposes (Code Civ. Proc., § 1245.230, subd. (c)(1));

b. The proposed project is planned or located in the manner that will be most compatible with the greatest public good and the least private injury (Code Civ. Proc., § 1245.230, subd. (c)(2));

c. The property sought to be acquired and described by this resolution is necessary for the proposed public project (Code Civ. Proc., § 1245.230, subd. (c)(3));

d. The offer required by section 7267.2 of the Government Code has been made to the owner or owners of record (Code Civ. Proc., § 1245.230, subd. (c)(4)); and

e. That timely notice was sent to the owners and reasonable opportunity to appear and be heard on these matters was provided (Code Civ. Proc., § 1245.235).

4. The United States Fish and Wildlife Service (USFWS) was named as a defendant in accordance with Code of Civil Procedure section 1250.220 and subsequently dismissed. DWR and USFWS are presently cooperating to facilitate DWR's receipt of all necessary federal approvals and conservation easement compatibility determinations (including those that may be required under 16 U.S.C. §668dd) prior to the operation of the project.

5. The real property or interests in real property over or upon which DWR is authorized to acquire a flowage easement by this resolution is situated in the County of Yolo, State of California, and is described in the attached Exhibits B and C.

6. Maps portraying the property described in the complaint and showing its location in relation to the project for which it is to be acquired are attached as Exhibits C, D, and E.

7. Each defendant named in this paragraph appears of record or is known by plaintiff to have or claim an interest in the property described. For the convenience of the court and the parties, and not as allegations to which plaintiff intends to be bound, plaintiff has set out opposite each named defendant a statement of the respective interest of that defendant in the described parcels. It is the legal responsibility of each defendant to plead any interest in the real property being condemned under Code of Civil Procedure section 1250.320:

/ / /

/ / /

/ / /

Parcel No. YBSH-132 (Assessor Parcel Nos. 033-180-001, 033-180-002, 033-180-008, 033-180-020, 033-180-023, 033-180-025, 033-180-026)

| Defendant | Property Interest |
|---|---|
| Glide In Ranch, a California corporation | Fee Owner |
| Pacific Gas & Electric Company, a California company | Utility Easements |
| United States of America, Fish and Wildlife Service | Conservation Easement; Wetlands Reserve Easement |

8. DWR is authorized to acquire by eminent domain an easement compatible with a conservation easement and has provided the required notice. (Code Civ. Proc., § 1240.055.)

9. DWR will take subject to any above-identified non-conservation easement interests.

10. Defendants DOES ONE through TWENTY, inclusive, have, or claim to have, an interest in the described parcel(s), the exact nature of which is unknown to plaintiff. The true names or capacities, whether individual, corporate, associate, or otherwise of defendants DOES ONE through DOE TWENTY are unknown to plaintiff, who therefore sues these defendants by these fictitious names and will ask leave to amend this complaint to show their true names and capacities and state of incorporation when they have been ascertained.

11. Parcel No. YBSH-132 is being acquired pursuant to Code of Civil Procedure section 1240.220, and the estimated date of use will be by April 20, 2037.

12. Parcel No. YBSH-132 us being acquired for a compatible use pursuant to Code of Civil Procedure section 1240.510.

13. The easement to be acquired will allow DWR additional water flows over Parcel No. YBSH-132 when the conditions of the Sacramento River allow. Waters resulting from additional flows may reach up to 12,000 cubic feet per second through the notch in the Fremont Weir from late-fall to late-spring, annually, for fish rearing habitat and fish passage purposes.

/ / /

/ / /

/ / /

14. The flowage easement DWR is acquiring over Parcel No. YBSH-132 was identified through hydrodynamic modeling which analyzed sixteen years of historical data and compared actual water flowage depth and days wetted and modeled conditions if the project had been operating in those years; a summary of those conditions are detailed as follows:

| APN | Average Additional Wetted Days | Average Depth Change (feet) |
|---|---|---|
| 033-180-008 | 15.3 | 0.6 |
| 033-180-020 | 14.1 | 0.7 |
| 033-180-023 | 8.4 | 0.3 |
| 033-180-025 | 8.8 | 0.5 |
| 033-180-026 | 13.6 | 0.6 |
| 033-180-001 | 5.0 | 0.3 |
| 033-180-002 | 8.4 | 0.2 |

WHEREFORE, plaintiff prays judgment that:

(1) The described property for Parcel No. YBSH-132 be condemned to the use of DWR as an easement for the purposes set forth in the Resolution of Necessity;

(2) The compensation be ascertained and assessed and the amount of the award for the described property be first determined between plaintiff and all defendants claiming any interest in the described property;

(3) All liens and encumbrances against the described property be deducted from the judgment; and

(4) The court allow such other and further relief as may be deemed proper.

Dated: June 9, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General

JAMIL R. GHANNAM
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through the Department of Water Resources*

SA2022303942/37254858.docx

ROB BONTA
Attorney General of California
JAMIL R. GHANNAM
Supervising Deputy Attorney General
State Bar No. 300730
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7674
Fax: (916) 322-8288
E-mail: Jamil.Ghannam@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through the Department of Water Resources*

ELECTRONICALLY FILED
by Superior Court of CA,
County of Yolo,
on 3/20/2026 8:28 AM
By: M. Narvaez, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF YOLO

| | |
|---|---|
| **THE STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**GLIDE IN RANCH, A CALIFORNIA CORPORATION, PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA COMPANY, UNITED STATES OF AMERICA, FISH AND WILDLIFE SERVICE; and DOES 1 through 20,**<br><br>Defendants. | ***Fee exempt per (Gov. Code, § 6103.)***<br><br>Case No. CV2022-1776<br><br>**AMENDMENT TO COMPLAINT NAMING DOE 1**<br><br>Parcel No. YBSH-132<br>(Assessor's Parcel Nos. 033-180-001, 033-180-002, 033-180-008, 033-180-020, 033-180-023, 033-180-025, 033-180-026)<br><br>Judge: Assigned Judge<br>Action Filed: October 13, 2022 |

Upon the filing of the complaint, plaintiff State of California, by and through the Department of Water Resources, (DWR) was ignorant of the true name of the defendant, has designated the defendant in the complaint by the fictitious name of DOE 1, and has discovered the true name of the defendant to be NATURAL RESOURCES CONSERVATION SERVICE. In the title report this entity was erroneously identified only as "United States of America."

///

///

DWR now amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

Dated: March 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

JAMIL R. GHANNAM
Supervising Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through the Department of Water Resources*

SA2022303942
95699584.docx

LexisNexis

**User Name:** Francis Ramirez

**Date and Time:** Friday, August 14, 2026 3:50 PM PDT

**Job Number:** 292916786

## Document (1)

1. THE STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES vs GLIDE IN RANCH, A CALIFORNIA CORPORATION,UNITED STATES OF AMERICA, FISH AND WILDLIFE SERVICE,PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA COMPANY,NATURAL RESOURCES CONSERVATATION SERVICE

**Client/Matter:** -None-

**Search Terms:** number(cv2022-1776)

**Search Type:** Natural Language

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| | -None- |

# CV2022-1776, THE STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES vs GLIDE IN RANCH, A CALIFORNIA CORPORATION,UNITED STATES OF AMERICA, FISH AND WILDLIFE SERVICE,PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA COMPANY,NATURAL RESOURCES CONSERVATATION SERVICE

CA Superior - Yolo

Superior Court of Yolo - Civil

**This case was retrieved on 08/13/2026**

## Header

**Case Number:** ***CV2022-1776***
**Date Filed:** 10/13/2022
**Date Full Case Retrieved:** 08/13/2026
**Status:** Closed
**Misc:** (21) 14: Unlimited Eminent Domain/Inv Cond; Civil

## Details

**Judge**: Fall, Timothy L.

## Participants

| Litigants | Attorneys |
|---|---|
| THE STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES<br>**Plaintiff** | GHANNAM, JAMIL<br>Plaintiff<br>Active<br>Lead Attorney<br><br>MCGAGIN, BRUCE DONALD<br>Plaintiff<br>Active<br>Attorney<br><br>CAVANAUGH, SCOTT<br>Plaintiff<br>Active<br>Attorney |
| GLIDE IN RANCH, A CALIFORNIA CORPORATION<br>**Defendant** | |
| NATURAL RESOURCES CONSERVATATION SERVICE<br>**Defendant** | |
| PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA COMPANY<br>**Defendant** | |
| UNITED STATES OF AMERICA, FISH AND WILDLIFE SERVICE<br>**Defendant** | |

## Disposition

| Date | Judge | Details | Judgment Type |
|---|---|---|---|
| 04/30/2026 | Nelson, E. Bradley | Judgment<br><br>Party Names:THE STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES<br>GLIDE IN RANCH, A CALIFORNIA CORPORATION<br>UNITED STATES OF AMERICA, FISH AND WILDLIFE SERVICE<br>PACIFIC GAS & ELECTRIC COMPANY, A CALIFORNIA COMPANY<br>NATURAL RESOURCES CONSERVATATION SERVICE | *Consolidated - Before Trial |

## Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 10/13/2022 | 1 | *New Filed Case (JBSIS) | |
| 10/13/2022 | 2 | Civil Case Cover Sheet | |
| 10/13/2022 | 3 | Complaint Filed | |
| 10/13/2022 | 4 | Notice | Comment:of Pendency & Exhibit A |
| 10/13/2022 | 5 | Notice | Comment:of Deposit & Exhibit A |
| 10/13/2022 | 6 | Notice | Comment:OF CASE MANAGEMENT CONFERENCE |
| 10/17/2022 | 7 | Summons Issued / Filed | |
| 10/17/2022 | 8 | Notice of Case Assignment | Comment:JUDGE ROSENBERG |
| 11/30/2022 | 9 | Ex Parte Application | Comment:Ex Parte Application to extend time to serve pleadings: FILED BY STATE OF CA, DEPT OF WATER RESOURCES: HRG 12/06/22 |
| 11/30/2022 | 10 | Document Sent To | Comment:EX PARTE APPL SENT TO CAL SHELF FOR 12/06/22 HRG |
| 12/06/2022 | 11 | *Ex Parte | Minute Order<br><br>Judicial Officer:Wolk, Daniel M<br><br>Hearing Time:9:00 AM<br><br>Result:*Continued Court's Motion<br><br>Comment:REQ FOR EXTENSION OF TIME TO SERVE PLEADING (ADDT'L 60 DAYS) |
| 12/06/2022 | 12 | Remote Appearance | Comment:MICHAEL GASBARRO |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 12/06/2022 | 13 | Self-disqualification pursuant to CCP170.1 | Comment:JUDGE WOLK, CCP 170.1 |
| 12/08/2022 | 14 | *Ex Parte | Minute Order<br><br>Judicial Officer:McAdam, Samuel T.<br><br>Hearing Time:9:00 AM<br><br>Result:Held<br><br>Comment:REQ FOR EXTENSION OF TIME TO SERVE PLEADING |
| 12/08/2022 | 15 | Remote Appearance | Comment:by all appearing Parties and Counsel. |
| 12/08/2022 | 16 | Motion Granted | Comment:REQUEST FOR EXTENSION OF TIME TO FILE. |
| 12/08/2022 | 17 | Notice of Case Assignment | Comment:ASSIGNED FOR ALL PURPOSES TO JUDGE ROSENBERG. |
| 01/30/2023 | 18 | Request for Dismissal | Comment:WITH PREJUDICE |
| 01/30/2023 | 19 | Party Dismissed | Comment:AS TO UNITED STATES FISH AND WILDLIFE SERVICE ONLY |
| 02/06/2023 | 20 | *Case Management Conference | Judicial Officer:Rosenberg, David<br><br>Hearing Time:9:00 AM<br><br>Cancel Reason:Vacated |
| 03/07/2023 | 21 | Notice | Comment:PLTF STATE OF CA NAR FOR PGE |
| 04/20/2023 | 22 | Notice | Comment:Notice and Acknowledgment of Receipt re Def. Glide in Ranch |
| 05/22/2023 | 23 | Notice | Comment:NTC OF MTN AND MTN FOR ORDER FOR POSSESSION, FILED BY ATTY'S FOR PLTFF, STATE OF CA, BY AND THROUGH THE DEPT. OF WATER RESOURCES 08/23/2023 |
| 05/22/2023 | 24 | Memorandum of Points & Authorities | Comment:MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF MTN FOR ORDER FOR POSSESSION 08/23/2023 |
| 05/22/2023 | 25 | Declaration | Comment:DECL OF DEPUTY ATTORNEY GENERAL JAMIL R. GHANNAM IN SUPPORT OF MTN FOR ORDER FOR |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | POSSESSION ON 08/23/2023 |
| 05/22/2023 | 26 | Declaration | Comment:DECL OF LINUS PAULUS IN SUPPORT OF MTN FOR ORDER FOR POSSESSION |
| 05/22/2023 | 27 | Declaration | Comment:DECL OF ELIZABETH VASQUEZ IN SUPPORT OF MTN FOR ORDER FOR POSSESSION |
| 05/22/2023 | 28 | Proof of Service | Comment:ESERVED COUNSEL FOR DEFT'S, GLIDE IN RANCH Gary Livaich Kristen Ditlevsen Renfro DESMOND, NOLAN, LIVAICH & CUNNINGHAM, WITH NTC OF MTN AND MTN FOR ORDER FOR POSSESSION, MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF MTN, DECL OF LINUS PAULUS, DECL OF ELIZABETH VASQUEZ, PROPOSED ORDER ON 05/22/2023 |
| 05/23/2023 | 29 | Advance Jury Fee (Non-Refundable) | Comment:FILED BY PLAINTIFF |
| 05/24/2023 | 30 | *Motion | Comment:FILED BY DEF GLIDE IN RANCH DEMURRER OF DEFENDANT GLIDE IN RANCH TO COMPLAINT OF PLAINTIFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES; MEMORANDUM IN SUPPORT (Answers) |
| 05/24/2023 | 31 | Notice | Comment:FILED BY DEF GLIDE IN RANCH NOTICE OF HEARING ON DEMURRER OF DEFENDANT GLIDE IN RANCH TO COMPLAINT OF PLAINTIFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES (Comment) |
| 05/24/2023 | 32 | Declaration | Comment:FILED BY ATTNY FOR DEF GLIDE IN RANCH DEC OF KRISTEN RENFRO IN SUPPORT OF DEMURRER OF DEFENDANT GLIDE IN RANCH TO COMPLAINT OF PLTF STAE OF CA BY AND THROUGH THE DEPT OF WATER RESOURCES |
| 05/24/2023 | 33 | Request | Comment:FILED BY DEF GLIDE IN RANCH Request (Requests) FOR JUDICIAL NTC IN SUPP OF DEMURRER OF DEF GLIDE IN RANCH TO COMPLAINT OF PLTF STATE OF CA BY AND THROUGH THE DEPT OF WATER RESOURCES |
| 05/24/2023 | 34 | Proof of Service | Comment:ELECTRONICALLY SERVED SEE LIST ON 5/24/23 |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 05/25/2023 | 35 | Document Sent To | Comment:CALENDAR SHELF FOR 08/23/2023 HRG [PROPOSED] ORDER FOR POSSESSION |
| 06/02/2023 | 36 | Case Management / Status Conference Statement | Comment:FILED BY GLIDE IN RANCH |
| 06/02/2023 | 37 | Proof of Service | Comment:SERVED JAMIL R. GHANNAM BY ELECTRONIC SERVICE ON 6/1/23 WITH CASE MANAGEMENT STATEMENT. |
| 06/02/2023 | 38 | Disqualification Granted | Comment:JUDGE ROSENBERG CCP 170.1 |
| 06/02/2023 | 39 | Notice of Case Reassignment | Comment:AFAP JUDGE FALL |
| 06/05/2023 | 40 | *Case Management Conference | Minute Order<br><br>Judicial Officer:Fall, Timothy L.<br><br>Hearing Time:9:00 AM<br><br>Result:*Continued Party's Motion |
| 06/05/2023 | 41 | Remote Appearance | Comment:- Attorney for Plaintiff |
| 06/09/2023 | 42 | Amended Complaint Filed - No Fee | Comment:First Amended Complaint IN EMINENT DOMAIN |
| 06/23/2023 | 43 | Opposition | Comment:DEFENDANT'S OPPOSITION TO MTN FOR POSSESSION: HRG 08/23/2023 |
| 06/23/2023 | 44 | Notice | Comment:DEFENDANT'S COMPENDIUM OF EVIDENCE ISO DEFT'S OPP TO MTN FOR POSSESSION: HRG 08/23/2023 |
| 06/23/2023 | 45 | Declaration | Comment:DEFENDANT'S DCL OF PAUL EKSTROM ISO OPPOSITION TO MTN FOR POSSESSION |
| 06/23/2023 | 46 | Declaration | Comment:DEFT;S DCL OF GARY LIVAICH ISO OPPOSITION TO MTN FOR POSSESSION |
| 06/23/2023 | 47 | Declaration | Comment:DEFT'S DCL OF BENJAMIN TAGERT ISO OPP TO MTN FOR POSSESSION |
| 06/23/2023 | 48 | Request | Comment:DEFT'S REQ FOR JUDICIAL NTC ISO OPPOSIITION TO MTN FOR POSSESSION: HRG 08/23/2023 |
| 06/23/2023 | 49 | Proof of Service | Comment:DEFENDANT'S POSVIA |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | ELECTRONIC TRANSMISSION ON 06/23/2023 TO BRUCE MCGAGIN; MARK A. HABIB: DEFT'S OPP TO MTN FOR POSSESSION; DCL OF LIVAICH; DCL OF TAGERT; DCL OF EKSTROM; REQ FOR JUDICIAL NTC; COMPENDIUM OF EVIDENCE |
| 06/27/2023 | 50 | *Demurrer / Motion to Strike | Minute Order<br>Judicial Officer:Fall, Timothy L.<br>Hearing Time:9:00 AM<br>Result:Held |
| 06/27/2023 | 51 | *Tentative Decisions Posted | Comment:See Attached. |
| 07/11/2023 | 52 | Motion - $60 Fee | Comment:DEMURRER OF DEFT GLIDE IN RANCH TO FIRST AMENDED COMPLAINT OF PLTFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES; MEMORANDUM IN SUPPORT ON 08/08/2023 |
| 07/11/2023 | 53 | Notice | Comment:ATTY'S FOR DEFT'S NTC OF HRG ON DEMURRER OF DEFT GLIDE IN RANCH TO FIRST AMENDED COMPLAINT OF PLTFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES ON 08/08/2023 |
| 07/11/2023 | 54 | Proof of Service | Comment:ATTY'S FOR DEFT'S, GLIDE IN RANCH, ESERVED ATTY'S FOR PLTFF'S WITH NTC OF HRG ON DEMURRER OF DEFTS' GLINDE IN RANCH, DEMURRER OF DEFT, DECL OF KRISTEN RENFRO IN SUPPORT OF DEMURRER OF DEFENDANT GLIDE IN RANCH, KRISTEN RENFRO IN SUPPORT OF DEMURRER OF DEFENDANT GLIDE IN RANCH, DECL OF PAUL EKSTROM IN SUPPORT OF DEMURRER OF DEFT GLIDE IN RANCH, REQUEST FOR JUDICIAL NTC IN SUPPORT OF DEMURRER ON 07/11/2023 |
| 07/11/2023 | 55 | Request | Comment:REQUEST FOR JUDICIAL NTC IN SUPPORT OF DEMURRER OF DEFTS' GLIDE IN RANCH TO FIRST AMENDED COMPLAINT OF PLTFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES |
| 07/11/2023 | 56 | Declaration | Comment:DECL OF PAUL EKSTROM IN SUPPORT OF DEMURRER OF DEFT GLIDE IN RANCH TO FIRST AMENDED |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | COMPLAINT OF PLAINTIFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES |
| 07/11/2023 | 57 | Declaration | Comment:DECL OF KRISTEN RENFRO IN SUPPORT OF DEMURRER OF DEFTS' GLIDE IN RANCH TO FIRST AMENDED COMPLAINT OF PLTFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES |
| 07/13/2023 | 58 | Supplemental | Comment:Defendant Glide In Ranch's Supplemental Request for Judicial Notice in Support of Demurrer of Defendant Glide In Ranch to First Amended Complaint of Plaintiff State of California, by and Through the Department of Water Resources: HRG 08/08/2023 |
| 07/13/2023 | 59 | Proof of Service | Comment:DEFENDANT GLIDE IN RANCH'S POS BY ELECTRONIC SERVICE TO ROB BONITA, ATTY GENERAL: SUPPLEMENTAL REQ FOR JUDICIAL NTC ON 07/12/2023 |
| 07/26/2023 | 60 | Opposition | Comment:OPPOSITION TO DEMURRER AND REQUESTS FOR JUDICIAL NOTICE 1, 2, AND 6 BY PLAINTIFF |
| 07/26/2023 | 61 | Declaration | Comment:DECLARATION OF DEPUTY ATTORNEY GENERAL SCOTT H. CAVANAUGH REGARDING FAILURE TO MEET AND CONFER |
| 08/01/2023 | 62 | Reply Filed | Comment:IN SUPPORT OF DEFENDANT GLIDE IN RANCH TO FIRST AMENDED COMPLAINT OF PLTF STATE OF CA; MEMORANDUM IN SUPPORT |
| 08/01/2023 | 63 | Proof of Service | Comment:ELECTRONICALLY SERVED NAMES LISTED BELOW WITH REPLY IN SUPPORT OF FIRST AMENDED COMPLAINT |
| 08/08/2023 | 64 | *Demurrer / Motion to Strike | Civil Law and Motion Minute Order |
| 08/08/2023 | 65 | *Demurrer / Motion to Strike | Minute Order<br><br>Judicial Officer:Fall, Timothy L.<br><br>Hearing Time:9:00 AM<br><br>Result:*Continued Court's Motion<br><br>Comment:TO FIRST AMENDED |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | COMPLAINT OF PLTFF |
| 08/08/2023 | 66 | *Tentative Decisions Posted | Comment:(Attached) |
| 08/08/2023 | 67 | Continued by Court's Motion | |
| 08/09/2023 | 68 | Notice | Comment:Plaintiff's Notice of Withdraw of Motion for Order for Possession: HRG 08/23/23 |
| 08/15/2023 | 69 | Supplemental | Comment:DEFENDANT'S GLIDE IN RANCH'S SUPPLEMENTAL DECLARATION OF KRISTEN RENFRO IN SUPPORT OF DEMURRER OF DEFENDANT GLIDE IN RANCH TO FIRST AMENDED COMPLAINT OF PLAINTIFF STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES: HRG 08/31/23 |
| 08/15/2023 | 70 | Proof of Service | Comment:DEFT GLIDE IN RANCH'S POS VIA ELECTRONIC TRANSMISSIONON 08/15/23 TO ATTY GENERAL; ATTY'S FOR PLAINTIFF: SUPPLEMENTAL DCL |
| 08/23/2023 | 71 | *Motion | Judicial Officer:Fall, Timothy L.<br>Hearing Time:9:00 AM<br>Cancel Reason:Vacated<br>Comment:ORDER FOR POSSESSION |
| 08/31/2023 | 72 | *Demurrer / Motion to Strike | Minute Order<br>Judicial Officer:Fall, Timothy L.<br>Hearing Time:9:00 AM<br>Result:Held |
| 08/31/2023 | 73 | *Tentative Decisions Posted | Comment:Court hears argument. |
| 08/31/2023 | 74 | Motion Granted | Comment:Defendant's Request for Judicial Notice in its entirety on all cases. |
| 09/13/2023 | 75 | Order | Comment:ORDER RE DEMURRER TO FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE |
| 09/13/2023 | 76 | Letter | Comment:Letter to the Court re [Proposed] Order |
| 09/13/2023 | 77 | Document Sent To | Comment:JUDGE FOPR REVIEW TASK AND QUEUE'S [PROPOSED] ORDER RE |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | DEMURRER TO FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE |
| 10/25/2023 | 78 | Notice | Comment:Notice of Entry of Judgment or Order |
| 11/03/2023 | 79 | Answer / Response / Denial - Unlimited | Comment:ANSWER TO FIRST AMENDED COMPLAINT IN EMINENT DOMAIN FILED BY GLIDE IN RANCH |
| 11/03/2023 | 80 | Proof of Service | Comment:ELECTRONICALLY SERVED JAMIL R. GHANNAM ON 11/3/23 WITH ANSWER TO FIRST AMENDED COMPLAINT IN EMINENT DOMAIN. |
| 11/06/2023 | 81 | Amended Answer/Response - No Fee | Comment:AMENDED ANSWER TO FIRST AMENDED COMPLAINT IN EMINENT DOMAIN FILED BY GLIDE IN RANCH |
| 11/06/2023 | 82 | Proof of Service | Comment:ELECTRONICALLY SERVED JAMIL R. CHANNAM ON 11/6/23 WITH AMENDED ANSWER TO FIRST AMENDED COMPLAINT IN EMINENT DOMAIN |
| 11/15/2023 | 83 | Received | Comment:copy of Petition for Writ of Mandate, Prohibition or other appropriate relief & stay requested of further trial court proceedings |
| 11/15/2023 | 84 | Received | Comment:copy of Request for Judicial Notice in Support of Petition for Writ of Mandate, Prohibition or other appropriate relief |
| 11/15/2023 | 85 | Received | Comment:copy of Petitioner's Appendix of Exhibits in support of Petition for Writ of Mandate, Prohibition or other appropriate relief |
| 11/15/2023 | 86 | Received | Comment:copy of Proof of Service |
| 11/30/2023 | 87 | Received | Comment:copy of Preliminary Opposition to Petition for Writ of Mandate |
| 12/01/2023 | 88 | Received | Comment:Notice from Court of Appeal re: request for judicial notice |
| 01/11/2024 | 89 | Case Management / Status Conference Statement | Comment:FILED BY PLTFFS STATE OF CA BY AND THROUGH THER DEPT OF WATER RESOURCES |
| 01/12/2024 | 90 | Proof of Service | Comment:SERVED JAMIL R GHANNAM WITH CASE MANAGEMENT STATEMENT ELETRONICALLY ON 1/12/2024 |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 01/12/2024 | 91 | Case Management / Status Conference Statement | Comment:FILED BY DEFTS GLIDE IN RANCH ET AL |
| 01/29/2024 | 92 | *Case Management Conference | Minute Order<br>Judicial Officer:Mock, Stephen L<br>Hearing Time:9:00 AM<br>Result:Held |
| 01/10/2025 | 93 | Case Management / Status Conference Statement | Comment:FILED BY ATTNY FOR DEFENDANT CASE MANAGEMENT STATEMENT |
| 01/10/2025 | 94 | Proof of Service | Comment:PROOF OF SERVICE WITH CMS BY EMAIL TO JAMIL R GHANNAM ON 1/10/25 |
| 01/15/2025 | 95 | Case Management / Status Conference Statement | Comment:Plaintiff's Case Management Statement |
| 01/24/2025 | 96 | Notice | Comment:NOTICE OF RELATED CASE CV2024-3069 CV0002534 CV0002060 |
| 01/24/2025 | 97 | Proof of Service | Comment:PROOF OF SERVICE WITH NTC OF RELATED CASE BY EMAIL TO JAMIL R GHANNAM ON 1/24/25 |
| 01/27/2025 | 98 | *Case Management Conference | Minute Order<br>Judicial Officer:Fall, Timothy L.<br>Hearing Time:9:00 AM<br>Result:Held |
| 01/27/2025 | 99 | Remote Appearance | Comment:-- All Counsel |
| 01/28/2025 | 100 | Proof of Service | Comment:SUPPLEMENTAL PROOF OF SERVICE BY EMAIL WITH NOTICE OF RELATED CASE TO SEE LIST OF PARTIES ON 1/28/25 |
| 02/04/2025 | 101 | Notice | Comment:FILED BY ATTORNEYS FOR THE PLAINTIFF- Notice of Continued Case Management Conference 7/28/25 |
| 02/05/2025 | 102 | Objection - No Fee | Comment:FILED BY ATTORNEY FOR PLAINTIFF STATE OF CA BY AND THROUGH THE DEPTARTMENT OF WATER RESOURCES Objection to Notice of |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | Related Case |
| 07/10/2025 | 103 | Case Management / Status Conference Statement | Comment:FILED BY PLAINTIFF STATE OF CA, BY AND THROUGH THE DEPT. OF WATER RESOURCES |
| 07/11/2025 | 104 | Case Management / Status Conference Statement | Comment:FILED BY DEFENDANT GLIDE IN RANCH |
| 07/11/2025 | 105 | Proof of Service | Comment:SERVED BRUCE D. MCGAGIN & JAMIL R. GHANNAM WITH CMC BY ELECTRONIC SERVICE ON 07/11/2025 |
| 07/28/2025 | 106 | *Case Management Conference | Minute Order<br><br>Judicial Officer:Fall, Timothy L.<br><br>Hearing Time:9:00 AM<br><br>Result:Held |
| 07/28/2025 | 107 | Remote Appearance | Comment:By all Parties |
| 09/05/2025 | 108 | Motion - $60 Fee | Comment:NOTICE OF MOTION AND MOTION FOR ORDER FOR POSSESSION |
| 09/05/2025 | 109 | Memorandum of Points & Authorities | Comment:MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER FOR POSSESSION |
| 09/05/2025 | 110 | Declaration | Comment:DECLARATION OF DEPUTY ATTORNEY GENERAL JAMIL R. GHANNAM IN SUPPORT OF MOTION FOR ORDER FOR POSSESSION |
| 09/05/2025 | 111 | Declaration | Comment:DECLARATION OF ELIZABETH VASQUEZ IN SUPPORT OF MOTION FOR ORDER FOR POSSESSION |
| 09/12/2025 | 112 | Document Sent To | Comment:PROPOSED ORDER FOR 12/10/25 PLACED ON CAL SHELF |
| 10/06/2025 | 113 | Opposition | Comment:JOINT OPPOSITION TO MOTIONS FOR POSSESSIONCOMPE (Oppositions) |
| 10/06/2025 | 114 | Declaration | Comment:DECLARATION OF KRISTEN RENFRO ISO JOINT OPPOSITION TO MOTIONS FOR POSSESSION (Declarations) |
| 10/06/2025 | 115 | Objection - No Fee | Comment:OBJECTIONS TO DECLARATION OF ELIZABETH VASQUEZ ISO JOINT |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | OPPOSITION TO MOTIONS FOR POSSESSION (Objections) |
| 10/06/2025 | 116 | Request | Comment:REQUEST FOR JUDICIAL NOTICE ISO JOINT OPPOSITION TO MOTIONS FOR POSSESSION (Requests) |
| 10/06/2025 | 117 | Brief Filed | Comment:COMPENDIUM OF EVIDENCE ISO JOINT OPPOSITION TO MOTIONS FOR POSSESSION (Briefs) |
| 10/06/2025 | 118 | Declaration | Comment:DECLARATION OF PAUL EKSTROM ISO JOINT OPPOSITION TO MOTIONS FOR POSSESSION (Declarations) |
| 10/06/2025 | 119 | Proof of Service | Comment:Proof of Service (Comment) |
| 11/21/2025 | 120 | Reply Filed | Comment:REPLY IN SUPPORT OF MOTION FOR ORDER FOR POSSESSION |
| 12/03/2025 | 121 | Supplemental | Comment:SUPPLEMENTAL DECLARATION OF KRISTEN RENFRO ISO JOINT OPPOSITION TO MOTIONS FOR POSSESSION; FILED BY ATTNY FOR DEFT GLIDE IN RANCH |
| 12/03/2025 | 122 | Supplemental | Comment:SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE ISO JOINT OPPOSITION TO MOTIONS FOR POSSESSION; FILED BY ATTNYS FOR DEFT GLIDE IN RANCH |
| 12/03/2025 | 123 | Proof of Service | Comment:SERVED LISTED PARTIES BY ELECTRONIC SERVICE WITH SUPPLEMENTAL REQ AND SUPPLEMENTAL DECL ON 12/3/2025 |
| 12/04/2025 | 124 | Objection - No Fee | Comment:OBJECTION TO DEFENDANTS' IMPROPER SUPPLEMENTAL EVIDENCE REGARDING MOTION FOR ORDER FOR POSSESSION |
| 12/10/2025 | 125 | *Motion | Minute Order<br>Judicial Officer:Fall, Timothy L.<br>Hearing Time:9:00 AM<br>Result:Held<br>Comment:POSSESSION |
| 12/10/2025 | 126 | Remote Appearance | Comment:Jamil Ghannam, Deputy Attorney |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | General |
| 12/10/2025 | 127 | *Tentative Decisions Posted | |
| 02/20/2026 | 128 | Supplemental | Comment:COMPENDIUM OF EVIDENCE ISO MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 02/20/2026 | 129 | Motion - Summary Judgment | Comment:NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 02/20/2026 | 130 | Memorandum of Points & Authorities | Comment:MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 02/20/2026 | 131 | Statement | Comment:SEPARATE STATEMENT ISO MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 02/20/2026 | 132 | Request | Comment:REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 02/20/2026 | 133 | Declaration | Comment:DECLARATION OF KRISTEN RENFRO ISO MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 02/20/2026 | 134 | Declaration | Comment:DECLARATION OF PAUL EKSTROM ISO MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 02/20/2026 | 135 | Proof of Service | Comment:SERVED ROB BONTA, ROLANDO W PASQUALI, JAMIL R GHANNAM AND MARK A HABIB ELECTRONICALLY ON 2/20/2026 WITH NOTICE OF HRG ON MSJ, MEMO OF POINTS AND AUTHORITIES, SEPARATE STATEMENT, COMPENDIUM OF EVIDENCE, REQUEST FOR JUDICIAL NOTICE, DECLARATION OF KRISTEN RENFRO AND PAUL EKSTROM |
| 02/25/2026 | 136 | *Motion | Minute Order<br><br>Judicial Officer:Nelson, E. Bradley<br><br>Hearing Time:9:00 AM<br><br>Result:*Continued Court's Motion |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | Comment:for Order for Possession |
| 02/25/2026 | 137 | Continued by Court's Motion | |
| 02/25/2026 | 138 | *Tentative Decisions Posted | |
| 02/26/2026 | 139 | Case Management / Status Conference Statement | Comment:FILED BY PLAINTIFF STATE OF CA BY AND THROUGH THE DEPT OF WATER RESOURCES |
| 02/27/2026 | 140 | *Motion | Judicial Officer:Nelson, E. Bradley<br>Hearing Time:9:00 AM<br>Result:Held<br>Comment:for Order for Possession |
| 02/27/2026 | 141 | *Motion | Minute Order<br>Judicial Officer:Nelson, E. Bradley<br>Hearing Time:9:00 AM<br>Result:Held |
| 02/27/2026 | 142 | *Tentative Decisions Posted | |
| 03/05/2026 | 143 | Notice | Comment:Notice of Case Management Conference |
| 03/16/2026 | 144 | *Case Management Conference | Judicial Officer:Rosenberg, David<br>Hearing Time:9:00 AM<br>Cancel Reason:Vacated |
| 03/18/2026 | 145 | Supplemental | Comment:CASE MANAGEMENT CONFERENCE STATEMENT |
| 03/18/2026 | 146 | Case Management / Status Conference Statement | Comment:FILED BY DEFT GLIDE IN RANCH |
| 03/18/2026 | 147 | Proof of Service | Comment:SERVED, SEE LIST, ELECTRONICALLY ON 3/18/2026 WITH CASE MANAGEMENT STATEMENT |
| 03/20/2026 | 148 | Amendment to Complaint | Comment:Amendment to Complaint Naming Doe 1 AS NATURAL RESOURCES CONSERVATATION SERVICE |
| 03/23/2026 | 149 | *Case Management Conference | Minute Order<br>Judicial Officer:Rosenberg, David |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | Hearing Time:9:00 AM<br><br>Result:Held |
| 03/23/2026 | 150 | Remote Appearance | Comment:-- All Counsel |
| 03/27/2026 | 151 | Notice | Comment:Notice of Case Management Conference |
| 03/27/2026 | 152 | Motion - $60 Fee | Comment:NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND STATUTORY TRIAL PREFERENCE SETTING TO RESOLVE RIGHT TO TAKE CHALLENGES BY PLAINTIFF STATE OF CALIFORNIA |
| 03/27/2026 | 153 | Memorandum of Points & Authorities | Comment:MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONSOLIDATE AND STATUTORY TRIAL PREFERENCE BY PLAINTIFF STATE OF CALIFORNIA |
| 03/27/2026 | 154 | Declaration | Comment:DECLARATION OF SERVICE BY ELECTRONIC MAIL |
| 03/27/2026 | 155 | Declaration | Comment:DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL JAMIL R. GHANNAM IN SUPPORT OF MOTION TO CONSOLIDATE AND STATUTORY TRIAL PREFERENCE BY PLAINTIFF STATE OF CALIFORNIA |
| 03/27/2026 | 156 | Declaration | Comment:DECLARATION OF ELIZABETH VASQUEZ |
| 04/09/2026 | 157 | Order | Comment:REQUEST TO CONTINUE HEARING DATE DUE TO UNAVAILABILITY OF COUNSEL AND ORDER |
| 04/09/2026 | 158 | Proof of Service | Comment:DECLARATION OF SERVICE BY ELECTRONIC MAIL |
| 04/10/2026 | 159 | Document Sent To | Comment:DEPT 14 URGENT QUEUE |
| 04/17/2026 | 160 | Opposition | Comment:JOINT LIMITED OPPOSITION MOTION TO CONSOLIDATE AND STATUTORY TRIAL PREFERENCE BY PLAINTIFF, ETC |
| 04/17/2026 | 161 | Proof of Service | Comment:ROB BONTA AND MARK HABIB WERE ELECTRONICALLY SERVED WITH JOINT LIMITED OPPOSITION MOTION TO CONSOLIDATE AND STATUTORY TRIAL |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | PREFERENCE BY PLAINTIFF STATE OF CA ON 4/17/2026 |
| 04/23/2026 | 162 | *Motion to Consolidate | Judicial Officer:McAdam, Samuel T.<br><br>Hearing Time:9:00 AM<br><br>Cancel Reason:Vacated |
| 04/23/2026 | 163 | Reply Filed | Comment:REPLY IN SUPPORT OF MOTION TO CONSOLIDATE AND STATUTORY TRIAL PREFERENCE SETTING TO RESOLVE RIGHT TO TAKE CHALLENGES BY PLAINTIFF STATE OF CALIFORNIA |
| 04/23/2026 | 164 | Proof of Service | Comment:CHRISTOPHER R GUILLEN GLANN L BLOCK AND ALL PARTIES LISTED WEREELECTRONICALLY SERVED WITH A REPLY IN SUPPORT OF MOTION TO CONSOLIDATE ON 4/23/2026 |
| 04/23/2026 | 165 | Proof of Service | Comment:AMENDED DECLARATION OF SERVICE BY ELECTRONIC MAIL |
| 04/27/2026 | 166 | Case Management / Status Conference Statement | Comment:Plaintiff's Case Management Statement |
| 04/27/2026 | 167 | Document Sent To | Comment:JUDGE MCADAM NON URGENT |
| 04/27/2026 | 168 | Notice of Returned Documents | |
| 04/27/2026 | 169 | Case Management / Status Conference Statement | Comment:FILED BY ATTNY FOR DEFT, GLIDE IN RANCH |
| 04/27/2026 | 170 | Proof of Service | Comment:SERVED LISTED PARTIEDS BY ELECTRONIC SERVIE WITH CMS ON 4/27/2026 |
| 04/29/2026 | 171 | Filed | Comment:INTERLOCUTORY JUDGMENT |
| 04/30/2026 | 172 | Motion to Consolidate | Minute Order<br><br>Judicial Officer:Nelson, E. Bradley<br><br>Hearing Time:9:00 AM<br><br>Result:Held<br><br>Comment:MOTION TO CONSOLIDATE |
| 04/30/2026 | 173 | Remote Appearance | |
| 04/30/2026 | 174 | *Tentative Decisions Posted | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 05/06/2026 | 175 | Proof of Service | Comment:ALL PARTIES LISTED SERVED WITH A PROPOSED ORDER GRANTING IN PART MOTION FOR CONSOLIDATION ON 5/6/2026 |
| 05/11/2026 | 176 | *Case Management Conference | Judicial Officer:McAdam, Samuel T.<br><br>Hearing Time:9:00 AM<br><br>Cancel Reason:Vacated |
| 05/12/2026 | 177 | Order | Comment:ORDER GRANTING IN PART MOTION FOR CONSOLIDATION AND TRIAL PREFERENCE; NOTICE OF BIFURCATED COURT TRIAL ON RIGHT TO TAKE |
| 05/19/2026 | 178 | Notice | Comment:NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS OF COUNSEL -LAW FIRM OF DESMOND, NOLAN LIVAICH & CUNNINGHAM COUNSEL FOR DEFENDANTS HAS CHANGEG TO DESMOND, MANNING, LIVAICH & CUNNINGHAM 1830 15TH STREET SAC CA 95811 TEL 916-443-2051 FAX 916-443-2651 |
| 06/02/2026 | 179 | *Motion | Judicial Officer:Assigned, Judge<br><br>Hearing Time:9:00 AM<br><br>Cancel Reason:Vacated |
| 06/08/2026 | 180 | Opposition | Comment:OWNERS' JOINT RENEWED OPPOSITION TO DWRS RENEWED MOTION FOR ORDER FOR POSSESSION; FILED BY ATTNYS FOR DEFTS |
| 06/08/2026 | 181 | Proof of Service | Comment:SERVED LISTED PARTIES BY ELECTRONIC SERVICE WITH OPPOSITION TO MOTION FOR ORDER FOR POSSESSION ON 6/8/2026 |
| 06/18/2026 | 182 | Reply Filed | Comment:REPLY TO OPPOSITION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 06/18/2026 | 183 | Declaration | Comment:SUPPLEMENTAL DECLARATION OF KRISTEN RENFRO ISO MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 06/18/2026 | 184 | Response - No Fee | Comment:DEFENDANTS RESPONSES TO |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | PLAINTIFFS RESPONSE TO SEPARATE STATEMENT AND ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACT IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY PLTFF STATE OF CALIFORNIA BY AND THROUGH THE DEPARTMENT OF WATER RESOURCES IN CASE NO CV2022-1776 |
| 06/18/2026 | 185 | Notice | Comment:NOTICE OF ERRATA REGARDING COMPENDIUM OF EVIDENCE ISO MOTION FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS |
| 06/18/2026 | 186 | Proof of Service | Comment:SERVED, SEE LIST, ELECTRONICALLY ON 6/18/2026 WITH REPLY TO OPPOSITION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; SUPPLEMENTAL DECLARATION OF KRISTEN RENRFOL DEFTS RESPONSES TO PLTFFS RESPONSE TO SEPARATE STATEMENT AND NOTICE OF ERRATA |
| 06/29/2026 | 187 | *Trial Setting Conference | Judicial Officer:Assigned, Judge<br>Hearing Time:9:00 AM<br>Cancel Reason:Vacated |
| 07/02/2026 | 188 | *Motion for Summary Judgment | Judicial Officer:Assigned, Judge<br>Hearing Time:9:00 AM<br>Cancel Reason:Vacated |
| 07/27/2026 | 189 | Proof of Service | Comment:SERVED NATURAL RESOURCES CONSERVATION SERVICE WITH SUMMONS, ADR PACKAGE, AND OTHER DOCUMENTS BY PERSONAL SERVICE ON 07/06/2026 |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document